UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X
                                                         :
FRANK SENIOR, on behalf of himself and all               :
other persons similarly situated                         :
                                                         :
                                    Plaintiff,           :          22-CV-9821 (VSB)
                                                         :
                        -against-                        :          **<u>ORDER</u>**
                                                         :
PC CONNECTION, INC.,                                     :
                                                         :
                                    Defendant.           :
---------------------------------------------------------X


<u>VERNON S. BRODERICK, United States District Judge</u>:

      It has been reported to the Court that the parties in this case have reached a settlement

agreement.  Accordingly, it is hereby:

      ORDERED that the above-captioned action is discontinued without costs to any party

and without prejudice to restoring the action to this Court's docket if the application to restore

the action is made within forty-five (45) days.

SO ORDERED.

Dated: March 1, 2023
     New York, New York

                              _____
                              Vernon S. Broderick
                              United States District Judge